UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**FILED**
JUL 21 2008
Jul 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** UNITED STATES OF AMERICA | **Defendant(s):** WILFREDO CASTRO-OSPITIA |
| **County of Residence:** | **County of Residence:** US, Outside State of IL |
| **Plaintiff's Address:**<br>1) AUSA<br><br>2) Benjamin F Langner<br>United States Attorney's Office (NDIL)<br>219 South Dearborn Street, Suite 500<br>Chicago, IL 60604 | **Defendant's Attorney:**<br>Wilfredo Castro-Ospitia<br>#17988-424<br>Ashland - KY<br>P.O. Box 6001<br>Ashland, KY 41105 |

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 2. U.S. Government Defendant
- [ ] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV 4114
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE ASHMAN

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 510 Motion Vacate

**Cause of Action:** 28:2255

**Jury Demand:** [ ] Yes  [x] No

**Signature:** /s/  **Date:** 7/21/08

Der-Yeghiayan
Ashman

(05cr 393)