Ashland, Kentucky
August 3, 2008

Clerk, U.S. District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL  60604

**FILED**
Aug 7, 2008
AUG 7 2008
mp
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

    Re:  United States v. Wilfredo Castro-Ospitia,
           Case No. 08-CV-4114 (§ 2255 motion);

          Change of Address.

Dear Sir or Madam:

    I an the defendant-petitioner in the above referenced case.  I have been informed that I am being transferred to an immigration facility to serve the remainder of my sentence.  The transfer is expected to be effected by the time that you receive this letter.

    My full name is Wilfredo CASTRO-OSPITIA.  My federal Bureau of Prisons register number is 17988-424.  My date of birth is July 11, 1976.

        Previous Address:  FCI-Ashland
                         Post Office Box 6001
                         Ashland, Kentucky  41105-6001

        New Address:  Northeast Ohio Correctional Center
                      2240 Hubbard Road
                      Post Office Box 1857
                      Youngstown, Ohio  44505

    Thank you for your attention to this change of address.

                         Respectfully,

                         WILFREDO CASTRO OSPITIA.
                         Wilfredo Castro-Ospitia